# Exhibit A

Prior U.S. Cl.: 200

Reg. No. 1,543,100

# United States Patent and Trademark Office

Registered June 6, 1989

## COLLECTIVE MEMBERSHIP
PRINCIPAL REGISTER

## CAREFIRST

HEALTHCARE CORPORATION OF THE MID-ATLANTIC (DELAWARE CORPORATION)
7939 HONEYGO BOULEVARD
BALTIMORE, MD 21236

FOR: INDICATING MEMBERSHIP IN AN ORGANIZATION OF PERSONS AND MEDICAL PROVIDERS INTERESTED IN HEALTH MAINTENANCE, PREVENTIVE MEDICINE, PREPAID MEDICAL PLANS, REDUCED HEALTH COSTS, AND PROGRAMS ON FITNESS, PRENATAL CARE, SUBSTANCE ABUSE, AND OTHER HEALTH-RELATED TOPICS, IN CLASS 200 (U.S. CL. 200).

FIRST USE 11-0-1977; IN COMMERCE 3-0-1978.

SER. NO. 672,837, FILED 9-3-1987.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cls.: 16, 36, 41 and 42

Prior U.S. Cls.: 38, 100, 101, 102 and 107

Reg. No. 1,546,326

United States Patent and Trademark Office Registered July 4, 1989

# TRADEMARK
# SERVICE MARK
## PRINCIPAL REGISTER

# CAREFIRST

HEALTHCARE CORPORATION OF THE MID-ATLANTIC (DELAWARE CORPORATION)
7939 HONEYGO BOULEVARD
BALTIMORE, MD 21236

FOR: NEWSLETTERS PERTAINING TO HEALTH CARE, MEDICAL CARE AND MEMBERSHIP SERVICES, IN CLASS 16 (U.S. CL. 38).

FIRST USE 1–0–1978; IN COMMERCE 1–0–1978.

FOR: UNDERWRITING AND ADMINISTRATION SERVICES, ON A PREPAYMENT BASIS, RELATING TO EMERGENCY MEDICAL CARE; PREPAID FINANCING AND ADMINISTRATION OF MEDICAL CARE, PHARMACEUTICAL CARE AND RELATED HEALTH CARE SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 2–0–1978; IN COMMERCE 2–0–1978.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS, CLASSES, WORKSHOPS AND LECTURES ON NUTRITION, INFANT CARE, PRENATAL CARE, FITNESS, WEIGHT REDUCTION, STRESS MANAGEMENT AND SUBSTANCE ABUSE, IN CLASS 41 (U.S. CL. 107).

FIRST USE 2–0–1978; IN COMMERCE 2–0–1978.

FOR: HEALTH CARE SERVICES IN THE NATURE OF A HEALTH MAINTENANCE ORGANIZATION; CONSULTING SERVICES IN CONNECTION THEREWITH; SELECTING HEALTH CARE PROVIDERS FOR OFFERING HEALTH CARE SERVICES AT REDUCED COSTS TO PARTICIPATING MEMBERS SO AS TO CONTAIN HEALTH CARE COSTS; REHABILITATION SERVICES FOR DISABLED PERSONS; ORGANIZATIONAL SERVICES, NAMELY, PROMOTING THE INTERESTS OF PERSONS CONCERNED WITH PERSONAL HEALTH MAINTENANCE AND SAFETY , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5–0–1977; IN COMMERCE 5–0–1977.

SER. NO. 539,526, FILED 5–24–1985.

G. MAYERSCHOFF, EXAMINING ATTORNEY

**Int. Cls.: 9, 16, 35, 36, 41, 44 and 45**

**Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102 and 107**

**Reg. No. 3,548,608**

**United States Patent and Trademark Office** **Registered Dec. 23, 2008**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# CAREFIRST

CAREFIRST OF MARYLAND, INC. (MARYLAND CORPORATION), DBA CAREFIRST BLUECROSS BLUESHIELD
10455 MILL RUN CIRCLE
OWINGS MILLS, MD 21117

FOR: COMPACT DISCS IN THE FIELD OF HEALTH INFORMATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2004; IN COMMERCE 3-0-2004.

FOR: HOUSE MARK FOR NEWSLETTERS, BROCHURES AND PAMPHLETS IN THE FIELDS OF HEALTH AND MEDICAL CARE, WELLNESS PROGRAMS, MEDICAL AND HEALTH EDUCATION, ALTERNATIVE THERAPIES, DISEASE PREVENTION AND MANAGEMENT, WEIGHT REDUCTION, DIET PLANNING AND SUPERVISION, DIETARY AND NUTRITIONAL GUIDANCE, PRESCRIPTION DRUGS, VISION, MENTAL HEALTH, DENTAL HYGIENE, GUIDELINES AND INFORMATION ON MEMBERSHIP IN HEALTH MAINTENANCE ORGANIZATIONS AND PREFERRED PROVIDER ORGANIZATIONS, GUIDELINES AND INFORMATION ON HEALTH AND MEDICAL INSURANCE, PHARMACY, VISION, DENTAL AND REHABILITATION SERVICES, SUBSTANCE ABUSE, SMOKING CESSATION PROGRAMS, PRE- AND POST-NATAL CARE, PREVENTATIVE HEALTH, STRESS MANAGEMENT, EXERCISE AND CHRONIC ILLNESS, PRESCRIPTION DRUGS AND PHARMACEUTICAL CARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-1978; IN COMMERCE 1-0-1978.

FOR: HOUSE MARK FOR MEDICAL COST MANAGEMENT IN THE NATURE OF PROVIDING INFORMATION ON HEALTHCARE MANAGEMENT PROGRAMS AIMED AT REDUCING LONG-TERM HEALTH EFFECTS AND COSTS OF HEALTHCARE; COST AND BUSINESS MANAGEMENT OF HEALTH, DENTAL, VISION, PHARMACEUTICAL AND MENTAL HEALTH BENEFIT PLANS AND RIDERS FOR OTHERS; HEALTH CARE COST CONTAINMENT; HEALTH CARE COST REVIEW; HEALTH CARE UTILIZATION AND REVIEW SERVICES; MANAGED CARE SERVICES, NAMELY, ELECTRONIC PROCESSING AND ADMINISTRATION OF HEALTHCARE INFORMATION; PRESCRIPTION DRUG PROGRAMS FOR DRUG PROVIDERS AND PARTICIPATING PHARMACIES, NAMELY, ADMINISTERING PHARMACY REIMBURSEMENT PROGRAMS AND SERVICES; ADMINISTRATION OF A PROGRAM FOR ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON LASER VISION CORRECTION, HEARING CARE SERVICES, FITNESS CLUB MEMBERSHIP, COSMETIC DENTISTRY, MAIL ORDER CONTACT LENSES, ACUPUNCTURE, MASSAGE THERAPY AND CHIROPRACTIC CARE; BUSINESS CONSULTING SERVICES FOR SELF-INSURED EMPLOYEES; RETAIL PHARMACY SERVICES THAT ALSO FEATURE HOME DELIVERY; MAIL ORDER SERVICES FEATURING PRESCRIPTION AND NON-PRESCRIPTION DRUGS; COMPUTERIZED ONLINE RETAIL PHARMACY SERVICES; PHARMACY AND DRUG INFORMATION SERVICES, NAMELY, PROVIDING CONSUMER INFORMATION IN THE FIELD OF PHARMACEUTICALS AND PRESCRIPTION DRUGS; ADMINISTERING PHARMACY REIMBURSEMENT PROGRAMS AND SERVICES BY MEANS OF A GLOBAL COMPUTER NETWORK AND PROPRIETARY GLOBAL INFORMATION NETWORKS; ADMINISTRATIVE PROCESSING OF PURCHASE ORDERS WITHIN THE FRAMEWORK OF MAIL ORDER SERVICES PROVIDED BY RETAIL PHARMACY COMPANIES; AND PHARMACEUTICAL COST MANAGEMENT SERVICES FOR OTHERS; PHYSICIAN REFERRALS, NAMELY, PROVIDING MEMBERS WITH A NETWORK OF PHYSICIANS THAT PRACTICE ALTERNATIVE OR

HOLISTIC MEDICINES; ASSOCIATION SERVICES, NAMELY, PROMOTING THE INTERESTS OF PERSONS CONCERNED WITH PERSONAL HEALTH MAINTENANCE, PREVENTIVE HEALTH, AND SAFETY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1977; IN COMMERCE 5-0-1977.

FOR: HOUSE MARK FOR INSURANCE UNDERWRITING AND ADMINISTRATION FOR PRE-PAID AND SELF-FUNDED HEALTH CARE, DENTAL, VISION AND PRESCRIPTION DRUG SERVICES AND PLANS; PHARMACEUTICAL BENEFIT MANAGEMENT SERVICES; HEALTH AND DENTAL INSURANCE UNDERWRITING SERVICES; ELECTRONIC ON-LINE UNDERWRITING AND ADMINISTRATION OF HEALTH AND DENTAL INSURANCE; INSURANCE CLAIMS PROCESSING AND ADMINISTRATION; ORGANIZING AND ADMINISTRATION OF EMPLOYEE BENEFIT PLANS OF SELF-INSURED ENTITIES, FLEXIBLE SAVING PLANS AND MEDICAL SPENDING ACCOUNTS; BUSINESS ADMINISTRATION OF HEALTH MANAGEMENT ORGANIZATIONS; CHARITABLE FUND-RAISING SERVICES; INSURANCE SERVICES, NAMELY, UNDERWRITING AND ADMINISTRATION SERVICES, ON A PREPAYMENT BASIS, RELATING TO EMERGENCY ALTERNATIVE MEDICAL CARE; ADMINISTRATION OF PREPAID HEALTH CARE PLANS, NAMELY, PREPAID FINANCING AND ADMINISTRATION OF ALTERNATIVE OR HOLISTIC MEDICAL CARE, ALTERNATIVE OR HOLISTIC PHARMACEUTICAL CARE AND RELATED HEALTHCARE SERVICES; ADMINISTRATION OF PREFERRED PROVIDER PLANS IN THE FIELD OF ALTERNATIVE OR HOLISTIC MEDICINES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-1978; IN COMMERCE 2-0-1978.

FOR: HOUSE MARK FOR ON-LINE PUBLICATIONS IN THE NATURE OF NEWSLETTERS, BROCHURES AND PAMPHLETS IN THE FIELD OF HEALTH AND MEDICAL CARE, WELLNESS PROGRAMS, MEDICAL AND HEALTH EDUCATION, ALTERNATIVE THERAPIES, DISEASE PREVENTION AND MANAGEMENT, WEIGHT REDUCTION, DIET PLANNING AND SUPERVISION, DIETARY AND NUTRITIONAL GUIDANCE, PRESCRIPTION DRUGS, VISION, MENTAL HEALTH, DENTAL HYGIENE, GUIDELINES AND INFORMATION ON MEMBERSHIP IN THE HEALTH MAINTENANCE ORGANIZATIONS AND PREFERRED PROVIDER ORGANIZATIONS, GUIDELINES AND INFORMATION ON HEALTH AND MEDICAL INSURANCE, PHARMACY, VISION, DENTAL AND REHABILITATION SERVICES, SUBSTANCE ABUSE, SMOKING CESSATION PROGRAMS, PRE- AND POST-NATAL CARE, PREVENTATIVE HEALTH, STRESS MANAGEMENT, EXERCISE AND CHRONIC ILLNESS; PROVIDING ON-LINE PUBLICATIONS IN THE NATURE OF MAGAZINES, BROCHURES AND PAMPHLETS IN THE FIELD OF HEALTH PROMOTION; PERSONAL COACHING SERVICES IN THE FIELD OF HEALTH AND LIFESTYLE WELLNESS AND PREVENTATIVE CARE; HOUSE MARK FOR EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF HEALTH INSURANCE FOR SELF-INSURED EMPLOYEES, AND CONDUCTING SEMINARS, CLASSES, WORKSHOPS AND LECTURES ON NUTRITION, INFANT CARE, PRENATAL CARE, FITNESS, WEIGHT REDUCTION, STRESS MANAGEMENT, SUBSTANCE ABUSE, EXERCISE, PREVENTATIVE HEALTH, CHRONIC ILLNESS, AND ALTERNATIVE THERAPIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-0-1978; IN COMMERCE 2-0-1978.

FOR: HOUSE MARK FOR HEALTH CARE SERVICES, NAMELY, WELLNESS PROGRAMS, DISEASE MANAGEMENT PROGRAMS AND CARE SUPPORT PROGRAMS; EMPLOYEE HEALTH AND WELLNESS PROGRAMS FOR OTHERS, NAMELY, INDIVIDUAL HEALTH RISK ASSESSMENTS; EMPLOYEE INDIVIDUAL HEALTH RISK REDUCTION PROGRAMS, NAMELY, PROVIDING ASSISTANCE, FITNESS EVALUATION AND CONSULTATION TO CORPORATE CLIENTS TO HELP THEIR EMPLOYEES MAKE HEALTH, WELLNESS AND NUTRITIONAL CHANGES IN THEIR DAILY LIVING TO IMPROVE HEALTH; HEALTH CARE SERVICES IN THE NATURE OF HEALTH MAINTENANCE AND PREFERRED PROVIDER ORGANIZATIONS, DENTIST SERVICES, OPTOMETRY SERVICES, DISPENSING OF PHARMACEUTICALS, AND HEALTH MANAGEMENT ORGANIZATIONS; HEALTH CARE SERVICES IN THE NATURE OF HEALTH MAINTENANCE AND PREFERRED PROVIDER ORGANIZATIONS ALL PROVIDED VIA AN ON-LINE COMPUTER NETWORK, ELECTRONICALLY, TELEPHONICALLY, AND VIA E-MAIL; HEALTH CARE SERVICES PROVIDED BY A NETWORK OF HEALTHCARE PROFESSIONALS AND SERVICE PROVIDERS; BEHAVIORAL HEALTH DISEASE MANAGEMENT PROGRAMS, NAMELY, MEDICAL COUNSELING AND MEDICAL SERVICES IN THE FIELD OF BEHAVIORAL HEALTH AND DISEASE MANAGEMENT; PROVIDING ONLINE MEDICAL TESTING SERVICES FOR INDIVIDUAL HEALTH AND FITNESS ASSESSMENT AND EVALUATION; AND MEDICAL ADVISORY SERVICES VIA TELEPHONE; PHARMACY AND DRUG INFORMATION SERVICES, NAMELY, PROVIDING HEALTH AND MEDICAL INFORMATION SERVICES IN THE FIELD OF PHARMACEUTICALS AND PRESCRIPTION DRUGS; HEALTH CARE SERVICES IN THE NATURE OF A HEALTH MAINTENANCE AND PREFERRED PROVIDER ORGANIZATIONS OPERATING AS A SUPPLEMENT TO GOVERNMENT SPONSORED MEDICAL PROGRAMS; CONSULTING SERVICES IN THE FIELD OF HEALTH CARE SERVICES IN THE NATURE OF A HEALTH MAINTENANCE AND PREFERRED PROVIDER ORGANIZATIONS OPERATING AS A SUPPLEMENT TO GOVERNMENT SPONSORED MEDICAL PROGRAMS; REHABILITATION SERVICES FOR DISABLED PERSONS; HEALTH CARE CONSULTING SERVICES IN CONNECTION WITH HEALTH MAINTENANCE ORGANIZATIONS AND PREFERRED PROVIDER

ORGANIZATIONS , IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-1977; IN COMMERCE 5-0-1977.

FOR: HOUSE MARK FOR CASE MANAGEMENT SERVICES, NAMELY, THE COORDINATION OF NECESSARY MEDICAL SERVICES, VOCATIONAL ISSUES AND EDUCATIONAL SERVICES FOR MEMBERS OF HEALTH MAINTENANCE AND PREFERRED PROVIDER ORGANIZATIONS; PROVIDING PERSONAL CARE SUPPORT SERVICES FOR PATIENTS WITH LIFE THREATENING DISORDERS, NAMELY, HELP WITH MEDICAL FORMS AND COUNSELING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-1977; IN COMMERCE 5-0-1977.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,543,100, 2,496,953 AND OTHERS.

SER. NO. 76-671,523, FILED 1-19-2007.

JOHN GARTNER, EXAMINING ATTORNEY